# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL ALVIN FLINT-SPIVEY, | ) | NO. CV 13-1942-DDP (AS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GARY SWARTHOUT, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 17, 2014.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3